

# NUMBER 13-22-00280-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WILLIAM AARON WEATHERS,                                    Appellant,

v.

SHAYLA WEATHERS,                                          Appellee.

## On appeal from the 343rd District Court
## of San Patricio County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Hinojosa**

On May 27, 2022, appellant filed a notice of appeal and an amended notice of appeal on June 17, 2022. On June 22, 2022, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On July 13, 2022, the Clerk of the Court notified appellant he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the

filing fee was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
25th day of August, 2022.

2